**Order filed September 11, 2012**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-01003-CV
_____

**JOHN E. HART, Appellant**

**V.**

**DISCOVER BANK, Appellee**

**On Appeal from the County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Cause No. 975329**

## O R D E R

On April 19, 2012, the court ordered appellant to file an amended brief on or before May 21, 2012. When no brief was filed, the court ordered appellant to file a brief on or before June 25, 2012, or the appeal would be dismissed. On June 25, 2012, appellant requested an extension of time, which the court granted until August 10, 2012, noting that no further extensions would be granted. No brief or motion for extension of time has been filed.

Unless appellant files an amended brief in compliance with the Texas Rules of Appellate Procedure with the clerk of this court on or before **September 28, 2012**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).


PER CURIAM